### LIBEL KYLEY VS. SLOOP *Hopewell*

was read — with Plea

Accordingly the Court was adjourned untill Monday next at Ten o Clock A. M.

and opened accordingly.

and adjourned untill further notice.

Having heard the Libel with the Plea of the Owners thereto together with the allegations and proofs of both parties it Appears to me that the s$^d$ Richard Kyley was Ship$^t$ on board the s$^d$ Sloop Hopewell by John Goddard the then Master, and that he continued on board doing his duty during the time Set forth in the Libel. And if there was any promise made to the owners by the s$^d$ Master, and his mate to pay the s$^d$ Kiley's wages as Suggested in the Plea it does not appear that he the s$^d$ Kiley was knowing or Consenting to s$^d$ Contract, So that I conceive that the s$^d$ Sloop is Subject to payment of s$^d$ Wages. It is therefore Considered and Decreed that he the s$^d$ Richard Kiley Recover against the s$^d$ Sloop Hopewell, the Sum of Ninety four Pounds fifteen Shillings in Current Bills of Publick Credit being what remains due to him for his afore s$^d$ Service, and that he also recover Cost of Court.